

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-15-00120-CV

**UNIVERSITY OF INCARNATE WORD** and Christopher Carter,
Appellants

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On May 12, 2017, the Texas Supreme Court remanded this appeal for resolution of Appellant's interlocutory appeal. Appellant has filed a motion to set briefing schedule on remand. Appellant's motion is GRANTED.

We ORDER Appellant to file its brief on or before **August 9, 2017**. Appellees' brief will be due twenty days after appellant files its brief.

It is so ORDERED on July 20, 2017.

PER CURIAM

ATTESTED TO: _Luz Estrada_____

Luz Estrada
Chief Deputy Clerk